```
DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
DAVID W. AMMONS, State Bar #187168
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3954
Facsimile:    (415) 554-3837
E-Mail:       david.ammons@sfgov.org
```

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
& ROSS MIRKARIMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEINLE, individually and as heir to KATHRYN STEINLE, deceased; ELIZABETH SULLIVAN, individually, and as heir to KATHRYN STEINLE, deceased; and JAMES STEINLE and ELIZABETH SULLIVAN, as co-representatives of the Estate of KATHRYN STEINLE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA, a governmental entity; CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; ROSS MIRKARIMI, an individual; and JUAN FRANCISCO LOPEZ-SANCHEZ, an individual,<br><br>    Defendants. | Case No. 3: 16-cv-02859-JCS<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiffs James Steinle, Kathryn Steinle and Elizabeth Sullivan ("Plaintiffs") and Defendants City and County of San Francisco and Ross Mirkarimi ("Defendants"), by and through their attorneys of record stipulate that Defendants' time to serve and file a response to

1  Plaintiffs' complaint shall be extended to July 25, 2016.

2  **IT IS SO STIPULATED.**

3

4  Dated:  June 23, 2016

5                                  DENNIS J. HERRERA
                                City Attorney

6                                  CHERYL ADAMS
                                Chief Trial Deputy

7                                  DAVID W. AMMONS
                                Deputy City Attorney

8

9                              By:  */s/ David W. Ammons*
                                DAVID W. AMMONS

10

11                                  Attorneys for Defendants

12

13  Dated:  June 23, 2016

14                                  **COTCHETT, PITRE & MCCARTHY, LLP**

15                              By:  */s/ Alison E. Cordova*
                                ALISON E. CORDOVA

16

17                                  Attorneys for Plaintiffs

18

19  Dated: 6/24/16

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
*IT IS SO ORDERED*
*Judge Joseph C. Spero*