1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
4  ROBIN M. WALL (CSBN 235690)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7071
7       Fax: (415) 436-6748
        Robin.Wall@usdoj.gov
8
   Attorneys for Defendants
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 JAMES STEINLE, individually and as heir to   )  Case No. 16-cv-02859-JCS
14 KATHRYN STEINLE, deceased; ELIZABETH )
   SULLIVAN, individually, and as heir to       )  **JOINT STIPULATION REGARDING TIME TO
15 KATHRYN STEINLE, deceased; and JAMES         )  ANSWER OR RESPOND TO COMPLAINT**
   STEINLE and ELIZABETH SULLIVAN, as           )
16 co-representatives of the Estate of KA TIIRYN)
   STEINLE,                                     )
17                                              )
            Plaintiffs,                         )
18                                              )
        v.                                      )
19                                              )
   UNITED STATES OF AMERICA; CITY AND )
20 COUNTY OF SAN FRANCISCO; ROSS                )
   MIRKARIMI; and JUAN FRANCISCO                )
21 LOPEZ-SANCHEZ,                               )
                                                )
22          Defendants.                         )
                                                )
23

24
25
26
27
28

   JOINT STIPULATION RE TIME TO ANSWER/RESPOND
   16-CV-02859 JCS

## JOINT STIPULATION

Pursuant to Civil Local Rule 6.1(a), it is hereby stipulated by and between the parties, through the undersigned counsel, that Defendant United States of America will answer or otherwise respond to the complaint by September 9, 2016, and that any motion to dismiss filed by Defendant will be noticed for hearing pursuant to Civil Local Rule 7-2(a) on or before October 14, 2016.

IT IS SO STIPULATED.

Dated: July 28, 2016

BRIAN J. STRETCH
United States Attorney

 /s/ Robin M. Wall
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant United States of America

COTCHETT PITRE AND MCCARTHY LLP

/s/ Alison E. Cordova
FRANK MARIO PITRE
ALISON E CORDOVA
Attorneys for Plaintiffs

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Alison E. Cordova has concurred in the filing of this document.

Dated: July 28, 2016

BRIAN J. STRETCH
United States Attorney

 /s/ Robin M. Wall
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant
United States of America

Dated: 8/4/16



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION RE TIME TO ANSWER/RESPOND
16-CV-02859 JCS