**FRANK M. PITRE** (SBN 100077)
fpitre@cpmlegal.com
**ALISON CORDOVA** (SBN 284942)
acordova@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES STEINLE**, individually and as heir to **KATHRYN STEINLE,** deceased; **ELIZABETH SULLIVAN**, individually, and as heir to **KATHRYN STEINLE,** deceased; and **JAMES STEINLE** and **ELIZABETH SULLIVAN**, as co-representatives of the Estate of **KATHRYN STEINLE**, <br><br>  Plaintiffs, <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** a governmental entity, <br><br>  Defendant. | **CASE NO.: 16-cv-02859 JCS** <br><br> **FURTHER CASE MANAGEMENT STATEMENT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 29, 2017 CMC HEARING** <br><br> Date:     Sept. 29, 2017 <br> Time:     2:00 p.m. <br> Judge:    Hon. Joseph C. Spero <br> Courtroom: G <br> Location:  450 Golden Gate Ave., 15th Fl. <br>           San Francisco, CA |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MAY 26, 2017 CMC HEARING**
**16-cv-02859-JSC**

# FURTHER CASE MANAGEMENT STATEMENT
# AND STIPULATION

The parties to the above-entitled action jointly submit this FURTHER CASE MANAGEMENT STATEMENT, and

IT IS HEREBY STIPULATED AND AGREED UPON by and between all parties through and their counsel of record:

1. Defendant USA answered Plaintiffs' complaint on March 1, 2017.

2. Plaintiffs' filed a Motion to Enter Partial Judgment and the Court granted Plaintiffs' Motion on May 12, 2017.

3. On May 16, 2017, Judgment was entered against Mirkarimi and the City and County of San Francisco on all claims. Judgment was entered in favor of the United States on all claims based on the conduct of Immigration and Customs Enforcement.

4. Plaintiffs filed a notice of appeal of the order dismissing Defendants Mr. Mirkarimi and City and County of San Francisco.

5. Plaintiffs' opening brief in the appeal is currently due on November 13, 2017; and the answering brief is due January 5, 2018, with an optional reply brief due 21 days later.

6. The Parties in this action exchanged Initial Disclosures on February 22, 2017, and their discovery efforts are ongoing.

7. In connection with the Parties' discovery efforts and to enable the production of certain confidential information, on September 14, 2017, the Parties filed a stipulated protective order, which the Court signed on September 15, 2017.

8. In light of the fact that there are no pending motions or discovery issues for the Court to address, the Parties request that the Court continue the CMC hearing currently scheduled for September 29, 2017, at 2:00 p.m. to January 19, 2018, at 2:00 p.m.

9. The Parties further stipulate that a joint case management statement will be filed with the Court no later than January 12, 2018.

| | |
|---|---|
| Dated: Sept. 22, 2017 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | |
| | _/s/ Alison E. Cordova_ |
| | **ALISON E. CORDOVA** |
| | _Attorneys for Plaintiffs_ |
| | |
| Dated: Sept. 22, 2017 | **BRIAN J. STRETCH** |
| | **United States Attorney** |
| | |
| | _/s/ Robin M. Wall_ |
| | **ROBIN M. WALL, Asst. U.S. Attorney** |
| | _Attorneys for Defendant USA_ |

## **PROPOSED ORDER**

PURSUANT TO THE JOINT STIPULATION, it is hereby ordered that the Case Management Conference currently scheduled for September 29, 2017, at 2:00 p.m. is continued to January 19, 2018, at 2:00 p.m. The parties shall submit a joint case management statement no later than January 12, 2018.

IT IS SO ORDERED.

Dated: _____

**HON. JOSEPH C. SPERO**

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Defendant has concurred in the filing of this document.

Dated: Sept. 22, 2017            */s/ Alison E. Cordova*
                                     Alison E. Cordova
                                     *Attorneys for Plaintiffs*