ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    robin.wall@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEINLE, individually and as heir to KATHRYN STEINLE, deceased; ELIZABETH SULLIVAN, individually, and as heir to KATHRYN STEINLE, deceased; and JAMES STEINLE and ELIZABETH SULLIVAN, as co-representatives of the Estate of KATHRYN STEINLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, CITY AND COUNTY OF SAN FRANCISCO; and ROSS MIRKARIMI <br><br> Defendants. | Case No. 16-cv-02859-JCS <br><br> **JOINT STATUS REPORT** |

## STATUS REPORT

Pursuant to the Court's order dated January 24, 2018 (ECF 86), the parties submit the following status report.

**Discovery**. Plaintiffs and Defendant U.S.A. are currently engaged in discovery. At this time, the parties do not require the assistance of the Court in connection with their discovery efforts.

**ADR/Settlement**. A settlement conference before Magistrate Judge Laurel Beeler is scheduled for October 16, 2018. Plaintiffs and Defendant U.S.A. are preparing to participate in the settlement

STATUS REPORT
16-CV-02859 JCS

conference.

**Appeal of Partial Judgment**. On May 16, 2017, the Court entered partial judgment in this action in favor of Defendants Ross Mirkarimi and the City and County of San Francisco on all claims against them and in favor of the United States of America on all claims based on the conduct of the U.S. Bureau of Immigration and Customs Enforcement. ECF 68. Plaintiffs appealed that judgment as to Defendants Ross Mirkarimi and the City and County of San Francisco. (ECF 73-74). The parties briefs have been submitted. The parties have not yet been notified of an oral argument date or any decision on the appeal.

DATED: July 20, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

*/s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant U.S.A.

COTCHETT PITRE AND MCCARTHY LLP

*/s/ Alison E. Cordova*
FRANK MARIO PITRE
ALISON E CORDOVA
Attorneys for Plaintiffs

# CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Alison E. Cordova has concurred in the filing of this document.

Dated: July 20, 2018

ALEX G. TSE
Acting United States Attorney

*/s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant U.S.A.