ALEX G. TSE (CABN 152348)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    robin.wall@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEINLE, individually and as heir to KATHRYN STEINLE, deceased; ELIZABETH SULLIVAN, individually, and as heir to KATHRYN STEINLE, deceased; and JAMES STEINLE and ELIZABETH SULLIVAN, as co-representatives of the Estate of KA TIIRYN STEINLE, <br><br>    Plaintiff, <br><br>  v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | Case No. 16-cv-02859-JCS (LB) <br><br>**JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE DATE; PROPOSED ORDER** <br><br><br><br><br><br>Hon. Laurel Beeler |

## JOINT STIPULATION

WHEREAS a conflict has arisen for defendant's trial counsel with the settlement conference currently scheduled for October 16, 2018, before the Honorable Laurel Beeler;

WHEREAS plaintiffs have no objection to moving the settlement conference date to accommodate the conflict;

WHEREAS continuing the settlement conference date would permit both sides to complete some anticipated discovery to further prepare for the conference; and

JOINT STIPULATION RE SETTLEMENT CONFERENCE; PROPOSED ORDER
16-CV-02859 JCS (LB)

WHEREAS the parties understand that Judge Beeler is available on January 16, 2019, for a settlement conference in the case;

Accordingly, it is hereby stipulated by and between the parties, through the undersigned counsel, that the settlement conference be continued to January 16, 2019, at 10:00 a.m.; and respectfully request that Judge Beeler enter an order setting the new settlement conference date and moving any associated deadlines accordingly.

IT IS SO STIPULATED.

Dated:  September 18, 2018

ALEX G. TSE
United States Attorney

 */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant U.S.A.

COTCHETT PITRE AND MCCARTHY LLP

 */s/ Donald Magilligan*
FRANK MARIO PITRE
ALISON E CORDOVA
DONALD MAGILLIGAN
Attorneys for Plaintiffs

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Donald Magilligan has concurred in the filing of this document.

Dated:  September 18, 2018

ALEX G. TSE
United States Attorney

 */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant U.S.A.

JOINT STIPULATION RE SETTLEMENT CONFERENCE; PROPOSED ORDER
16-CV-02859 JCS (LB)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, SO ORDERED.

Dated: _____

_____
HON. LAUREL BEELER
United States Magistrate Judge