1   ALEX G. TSE (CABN 152348)
   United States Attorney

2

3   SARA WINSLOW (DCBN 457643)
   Chief, Civil Division

4   ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7071

7     Fax: (415) 436-6748
     robin.wall@usdoj.gov

8

   Attorneys for Defendant

9

10              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

11

              SAN FRANCISCO DIVISION

12

13   JAMES STEINLE, individually and as heir to   )   CASE NO. 16-CV-02859-JCS (LB)
   KATHRYN STEINLE, deceased; ELIZABETH )

14   SULLIVAN, individually, and as heir to      )   **DECLARATION OF ROBIN M. WALL IN**
   KATHRYN STEINLE, deceased; and JAMES  )   **SUPPORT OF DEFENDANT'S**

15   STEINLE and ELIZABETH SULLIVAN, as    )   **ADMINISTRATIVE MOTION TO CONTINUE**
   co-representatives of the Estate of KATHRYN )   **THIRD-PARTY DEPOSITIONS, THE**

16   STEINLE,                                 )   **SETTLEMENT CONFERENCE, AND**
                                     )   **RELATED DEADLINES**

17       Plaintiff,                       )

18     v.                              )

19   UNITED STATES OF AMERICA,        )

20       Defendant.                   )

21

22

23

24

25

26

27

28

WALL DECLARATION
16-CV-02859 JCS (LB)

**DECLARATION**

I, Robin M. Wall, declare as follows:

1.       I am an Assistant United States Attorney and represent Defendant United States of America in the above-captioned matter.  I make this declaration in support of Defendant's Administrative Motion To Continue Third-Party Depositions, The Settlement Conference, And Related Deadlines, filed concurrently herewith.  The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.       On December 28, 2018, I emailed counsel of record for Plaintiffs in the above-captioned matter and requested Plaintiff's agreement to stipulate to Defendant's Administrative Motion seeking a stay and continuance.  Prior to filing the Administrative Motion, I had not yet heard back from Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.  Executed this 28th day of December, 2018, in San Mateo, California.

DATED: December 28, 2018                      */s/ Robin M. Wall*
                                                            ROBIN M. WALL
                                                            Assistant United States Attorney

WALL DECLARATION
16-CV-02859 JCS (LB)