UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEINLE, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | Case No. 16-cv-02859-JCS <br><br> **ORDER GRANTING IN PART, DENYING IN PART ADMINISTRATIVE MOTION FOR STAY AND CONTINUANCE** <br><br> Re: Dkt. No. 92 |

IT IS HEREBY ORDERED THAT the Administrative Motion For Stay and Continuance is GRANTED IN PART as to the third-party depositions. The parties shall meet and confer on new dates for the depositions. The Motion to Continue the Settlement Conference is DENIED without prejudice to seeking a continuance from Magistrate Judge Beeler.

**IT IS SO ORDERED.**

Dated: January 2, 2019

JOSEPH C. SPERO
Chief Magistrate Judge