1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FRANK M. PITRE** (SBN 100077)
fpitre@cpmlegal.com
**ALISON CORDOVA** (SBN 284942)
acordova@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES STEINLE**, individually and as heir to **KATHRYN STEINLE,** deceased; **ELIZABETH SULLIVAN**, individually, and as heir to **KATHRYN STEINLE,** deceased; and **JAMES STEINLE** and **ELIZABETH SULLIVAN**, as co-representatives of the Estate of **KATHRYN STEINLE,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,** a governmental entity,<br><br>Defendant. | **CASE NO.:  16-cv-02859 JCS**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION; PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:           January 18, 2019<br>Time:          2:00 p.m.<br>Judge:         Hon. Joseph C. Spero<br>Courtroom:  G<br>Location:    450 Golden Gate Ave., 15th Fl.<br>                    San Francisco, CA |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**16-cv-02859-JSC**

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

Pursuant to the Court's order dated January 24, 2018 (ECF 86), the parties submit the following status report.

1.  **Jurisdiction and Service**:  This action is within the original jurisdiction of this Court by virtue of 28 U.S.C. Section 1346.  All parties have been served.

2.  **Facts**:  Plaintiffs allege that on or around February 12, 2015, Kathryn Steinle was shot and killed by means of a government-issued firearm that had been stolen from a Bureau of Land Management ("BLM") agent who left the gun in a vehicle unattended and unsecured.

3.  **Legal Issues**:  Defendant USA filed an answer on March 1, 2017.  Plaintiffs' complaint asserts a claim for negligence against the United States of America pursuant to the Federal Tort Claims Act ("FTCA"), based on the conduct of an employee of the BLM.  The anticipated legal issues include those related to FTCA liability and the elements of the negligence claim, including duty, breach, and causation.

4.  **Motions:**  There are currently no pending motions.

5.  **Amendment and Pleadings**:  There are currently no pending pleadings or amendments.

6.  **Evidence Preservation**:  The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information, and have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding the preservation of evidence.  The Parties will continue to meet and confer regarding sources of electronic discovery and protocols for electronic discovery.  The Parties will continue to follow the United States District Court, Northern District of California "Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information."  The Parties acknowledge and agree that, to the extent they possess electronically stored information ("ESI") responsive to a discovery request, that ESI is within the scope of matters subject to discovery in this case.  The parties will make reasonable efforts to preserve ESI in native format until completion of this litigation. The Parties have each taken reasonable steps to identify and preserve potentially discoverable information.

7.  **Disclosures:**  The Parties have exchanged disclosures.

8.      **Discovery**:  Plaintiffs and Defendant U.S.A. are currently engaged in discovery. At this time, the parties do not require the assistance of the Court in connection with their discovery efforts.

9.      **Class Actions**:  This case is not a class action.

10.     **Related Cases**:  None.

11.     **Relief**:  Plaintiffs seek compensatory damages, restitution and general damages, exemplary and punitive damages, costs of suit, pre- and post-judgment interest at the maximum legal rate, attorneys' fees, and further relief as this Court deems just and equitable.

Defendant United States denies that Plaintiffs are entitled to any relief in this case.

12.     **Settlement and ADR**:  Parties have agreed to participate in private mediation and/or a settlement conference before a United States Magistrate Judge.  The Settlement Conference with Magistrate Judge Laurel Beeler was scheduled for January 16, 2019.  However, due to the lapse in appropriated funds to the Department of Justice, Defendant U.S.A. filed an un-opposed administrative motion to continue the Settlement Conference to a later date.  Pursuant to Judge Beeler's Order on January 4, 2019 (Docket #95), the January 16, 2019 Settlement Conference was vacated.

13.     **Consent to Magistrate Judge For All Purposes**:  The Parties have consented to Magistrate Judge Spero.

14.     **Other References**:  The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.     **Narrowing of Issues**:  The Parties have not agreed to any narrowing of the issues at this time.

16.     **Expedited Trial Procedure**:  The Parties do not consent to an expedited trial procedure.

17.     **Scheduling**:  Not applicable.

18.     **Trial**:  The case against Defendant United States will be tried to the bench pursuant to 28 U.S.C. § 2402; and the expected length of the trial is approximately 5-6 days.  To the extent that trial involves claims against the Defendants City and County of San Francisco

1    and/or Mr. Mirkarimi, Plaintiffs intend to try those claims to a jury, and additional trial days will

2    be necessary.

3        19.    **Disclosure of Non-party Interested Entities or Persons**:

4            a.    Plaintiffs:  Other than the parties, Plaintiffs are unaware of any person or

5                entity having a financial or other interest in the case.

6            b.    Defendant:  This requirement does not apply to the federal defendant.

7        20.    **Professional Conduct**:  All attorneys of record for the parties have reviewed the

8    Guidelines for Professional Conduct for the Northern District of California.

9        21.    **Other:**  Plaintiffs' appeal against the City and County of San Francisco came to

10   oral argument to the United States Court of Appeals Ninth Circuit on November 15, 2018.  The

11   Court's decision on Plaintiff's appeal is pending.

### STIPULATION

13       Due to the ongoing government shutdown and the fact that Defendant's counsel remains

14   on furlough, and pursuant to Civil Local Rule 6-2, the parties hereby stipulate and respectfully

15   request the Court continue the case management conference until after Congress has restored

16   funding for the Department of Justice and other federal agencies and the shutdown of the federal

17   government has come to an end.

18

19   Dated:  January 11, 2019                    **COTCHETT, PITRE & McCARTHY, LLP**

20

21                                  _____/s/ Alison E. Cordova_____

22                                  **ALISON E. CORDOVA**
                                    *Attorneys for Plaintiffs*

23

24

25   Dated:  January 11, 2019                    **UNITED STATES OF AMERICA**

26

27                                  _____/s/ Robin M. Wall_____
                                    **ROBIN M. WALL**
                                    *Assistant United States Attorney*
28                                  *Attorneys for Defendant United States of America*

1

2                                **PROPOSED ORDER**

3          Pursuant to the parties' stipulation regarding scheduling and for good cause shown, the

4    case management conference is continued until a date to be determined after the restoration of

5    funding to the Department of Justice.

6          PURSUANT TO STIPULATION, IT IS SO ORDERED.

7
     DATE: _____          _____
8                                            JOSEPH C. SPERO
                                             United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**                    4
**16-cv-02859-JSC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**CERTIFICATION**</u>

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Defendant has concurred in the filing of this document.

Dated:  January 11, 2019                          */s/ Alison E. Cordova*
                                                   Alison E. Cordova
                                                   *Attorneys for Plaintiffs*

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**16-cv-02859-JSC**

5