1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7071
7      Fax: (415) 436-6748
       robin.wall@usdoj.gov
8
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES STEINLE, individually and as heir to KATHRYN STEINLE, deceased; ELIZABETH SULLIVAN, individually, and as heir to KATHRYN STEINLE, deceased; and JAMES STEINLE and ELIZABETH SULLIVAN, as co-representatives of the Estate of KATHRYN STEINLE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 16-cv-02859 JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  March 22, 2019<br>Time:  2 p.m.<br>Courtroom:  G, 15th Floor<br>Location:  450 Golden Gate Avenue<br>            San Francisco, California<br><br>Hon. Joseph C. Spero |

| | |
|---|---|
| 1 | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| 2 | Pursuant to the Clerk's notice continuing the further case management conference (ECF 99), and |
| 3 | the Standing Order For All Judges Of The Northern District Of California dated November 1, 2018, the |
| 4 | parties jointly submit this case management conference statement in advance of the further case |
| 5 | management conference scheduled for March 22, 2019, at 2 p.m. in Courtroom G before the Honorable |
| 6 | Joseph C. Spero. |

# JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Pursuant to the Clerk's notice continuing the further case management conference (ECF 99), and the Standing Order For All Judges Of The Northern District Of California dated November 1, 2018, the parties jointly submit this case management conference statement in advance of the further case management conference scheduled for March 22, 2019, at 2 p.m. in Courtroom G before the Honorable Joseph C. Spero.

**1. Discovery**

The parties are in the process of scheduling outstanding discovery, including the third-party depositions stayed during the partial government shutdown and furlough of defendant's trial counsel in this matter. The parties stipulate and respectfully request that the Court lift the stay on those third-party depositions to allow those depositions to proceed.

**2. Related Cases**

Briefing and argument before a three-judge panel of the Ninth Circuit Court of Appeals have concluded in the appeal of the May 12, 2017, partial judgment in favor of defendants Ross Mirkarimi and the City and County of San Francisco in this action. The Ninth Circuit has not yet rendered a decision on the appeal.

**3. Settlement and ADR**

The parties have agreed to participate in a settlement conference before United States Magistrate Judge Laurel Beeler. Due to the lapse in appropriated funds to the U.S. Department of Justice and the furlough of defendant's trial counsel, defendant filed an unopposed administrative motion to continue the settlement conference to a later date. Pursuant to Judge Beeler's Order on January 4, 2019, the settlement conference date was vacated. The parties plan to contact Magistrate Judge Laurel Beeler to reschedule the settlement conference.

**4. Scheduling**

At this time, the parties do not believe that any further change is necessary to the discovery and pre-trial schedule in this matter.

| | | |
|---|---|---|
| DATED: March 15, 2019 | | Respectfully submitted, |
| | | DAVID L. ANDERSON<br>United States Attorney |
| | | */s/ Robin M. Wall*<br>ROBIN M. WALL<br>Assistant United States Attorney<br>Attorneys for Defendant |
| | | COTCHETT, PITRE & MCCARTHY, LLP |
| | | */s/ Allison Cordova*<br>ALLISON CORDOVA<br>Attorneys for Plaintiffs |

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Allison Cordova has concurred in the filing of this document.

Dated: March 15, 2019

DAVID L. ANDERSON
United States Attorney

*/s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney