UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 16-cv-02859-JCS | Case Name: Steinle v. United States of America | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: March 22, 2019 | Time: 5 M |

**Attorney for Plaintiff:** Donald Magilligan for Alison Cordova
**Attorney for Defendant:** Robin Wall - USA

**Deputy Clerk:** Karen Hom        **Court Reporter:** Not Reported

## PROCEEDINGS

1. Further Case Management Conference - Held

## ORDERED AFTER HEARING

Stay on discovery is lifted.
Parties shall file a status report by 4/5/19 indicating if they prefer to have a settlement conference before summary judgment or after summary judgment.
Updated joint case management conference statement due 6/14/19.

**NOTES:**

**CASE CONTINUED TO:**   06/21/19 at 2:00 PM for a further case management conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[X] Case referred to Magistrate Judge Laurel Beeler for a SETTLEMENT CONFERENCE to occur by 10/31/18, or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            at **8:30 AM for**            **days**    [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[ ] Plaintiff     [ ] Defendant     [X] Court
**cc:**