1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FRANK M. PITRE** (SBN 100077)
fpitre@cpmlegal.com
**ALISON CORDOVA** (SBN 284942)
acordova@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES STEINLE**, individually and as heir to **KATHRYN STEINLE,** deceased; **ELIZABETH SULLIVAN**, individually, and as heir to **KATHRYN STEINLE,** deceased; and **JAMES STEINLE** and **ELIZABETH SULLIVAN**, as co-representatives of the Estate of **KATHRYN STEINLE,** <br><br> Plaintiffs, <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** a governmental entity, <br><br> Defendant. | **CASE NO.:  16-cv-02859 JCS** <br><br><br> **JOINT STATUS REPORT PURSUANT TO COURT ORDER** <br><br><br> Judge:     Hon. Joseph C. Spero <br> Courtroom:  G <br> Location:   450 Golden Gate Ave., 15th Fl. <br>             San Francisco, CA |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**JOINT STATUS REPORT PURSUANT TO COURT ORDER**
**16-cv-02859-JSC**

## JOINT STATUS REPORT PURSUANT TO COURT ORDER

Pursuant to the Court's order dated March 22, 2019 (ECF 101), the parties submit the following status report.

## DISCOVERY

Plaintiffs and Defendant U.S.A. are currently engaged in discovery. At this time, the Parties will be taking the depositions of third party witnesses Kevin Murray and Frank Olcomendy from the San Francisco Police Department on April 16, 2019.  The deposition of Plaintiff James Steinle is scheduled for April 17, 2019.  Furthermore, Plaintiffs and Defendant are meeting and conferring for an available date for the deposition of Julia Barrios.

## MANDATORY SETTLEMENT CONFERENCE

Parties have agreed to participate in a settlement conference before a United States Magistrate Judge.  The Settlement Conference with Magistrate Judge Laurel Beeler has been scheduled on June 28, 2019 at 10:00 a.m.

## PLAINTIFFS' APPEAL

The Court of Appeals for the Ninth Circuit issued their Opinion on Plaintiffs' Appeal on March 25, 2019.  The Court of Appeals affirmed this Court's decision to dismiss the City of San Francisco and Ross Mirkarimi.  Plaintiffs will not be appealing the Court of Appeals' opinion.

Dated:  April 5, 2019                         **COTCHETT, PITRE & McCARTHY, LLP**


                                                         _/s/ Alison E. Cordova_
                                                         **ALISON E. CORDOVA**
                                                         *Attorneys for Plaintiffs*


Dated:  April 5, 2019                         **UNITED STATES OF AMERICA**


                                                         _/s/     Robin M. Wall_
                                                         **ROBIN M. WALL**
                                                         *Assistant United States Attorney*
                                                         *Attorneys for Defendant United States of America*

1

2

## <u>CERTIFICATION</u>

3

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Defendant has

4

concurred in the filing of this document.

5

6

Dated:  April 5, 2019                              _____ */s/ Alison E. Cordova* _____

7

Alison E. Cordova
*Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**JOINT STATUS REPORT PURSUANT TO COURT ORDER**
**16-cv-02859-JSC**

2