UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES STEINLE, individually and as heir to Kathryn Steinle, deceased and ELIZABETH SULLIVAN, individually and as heir to Kathryn Steinle, deceased, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a government entity; et al., <br><br> Defendants - Appellees. | No. 17-16283 <br><br> D.C. No. 3:16-cv-02859-JCS <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered March 25, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7