LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577
www.cpmlegal.com

LOS ANGELES

NEW YORK

June 21, 2019

Judge Joseph C. Spero
USDC-Northern District
450 Golden Gate Ave., Courtroom G, 15th Fl.
San Francisco, CA 94102

Re: *James Steinle, et al. v. City and County ff San Francisco, et al.*
United States District Court No. 3:16-cv-02859 JCS

Your Honor:

The Parties in the above-referenced matter are set to attend a mandatory settlement conference with Judge Beeler on June 28, 2019. However, the Parties have met and conferred extensively and have come to the conclusion that there are outstanding legal issues that will keep the parties from engaging in fruitful, good faith settlement discussions if not resolved by means of a Motion for Summary Judgment ahead of time.

Therefore, in the interests of being respectful of the Court's time, as well as conserving the resources of the Parties, the Parties jointly propose the following:

1) take the June 28, 2019 Mandatory Settlement Conference off calendar;

2) the Parties will meet and confer regarding a hearing and briefing schedule for a Motion for Summary Judgment and file a proposed stipulation with the Court by June 28, 2019 at the latest;

3) all pre-trial deadlines will be stayed until after the Motion for Summary Judgment hearing; and

4) the Mandatory Settlement Conference and all pre-trial deadlines will be rescheduled after the Motion for Summary Judgment hearing.

We thank you for your consideration.

Very truly yours,

*/s/ Robin M. Wall*
ROBIN M. WALL
*Counsel for Defendant*

Very truly yours,

*/s/ Alison E. Cordova*
ALISON E. CORDOVA
*Counsel for Plaintiffs*

[IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California]

The further case management conference set for 8/9/19 at 2:00 PM will remain on calendar.

Dated: June 24, 2019