1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7071
7       Fax: (415) 436-6748
        robin.wall@usdoj.gov
8
   Attorneys for Defendant
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | JAMES STEINLE, individually and as heir to ) CASE NO. 16-cv-02859 JCS
   | KATHRYN STEINLE, deceased;                )
14 | ELIZABETH SULLIVAN, individually, and     ) **JOINT CASE MANAGEMENT CONFERENCE**
   | as heir to KATHRYN STEINLE, deceased;     ) **STATEMENT**
15 | and JAMES STEINLE and ELIZABETH           )
   | SULLIVAN, as co-representatives of the    ) Date:       December 20, 2019
16 | Estate of KATHRYN STEINLE,                ) Time:       9:30 a.m.
                                               ) Courtroom:  G, 15th Floor
17        Plaintiffs,                          ) Location:   450 Golden Gate Avenue
                                               )             San Francisco, California
18        v.                                   )
                                               )
19 | UNITED STATES OF AMERICA,                 )
                                               )
20        Defendant.                           ) Hon. Joseph C. Spero
                                               )

21

| | |
|---|---|
| 1 | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| 2 | Pursuant to the Clerk's notice setting the further case management conference (ECF 114), and |
| 3 | the Standing Order For All Judges Of The Northern District Of California dated November 1, 2018, the |
| 4 | parties jointly submit this case management conference statement in advance of the further case |
| 5 | management conference scheduled for December 20, 2019, at 9:30 a.m. in Courtroom G before the |
| 6 | Honorable Joseph C. Spero. |

**1.  Discovery**

The parties have exchanged written discovery and taken a number of party and third-party depositions. If defendant's motion for summary judgment does not resolve the outstanding claims in this case, the parties will meet and confer to set a schedule to complete any remaining discovery in advance of trial.

**2.  Settlement and ADR**

The parties have agreed to participate in a settlement conference before United States Magistrate Judge Laurel Beeler at an appropriate time. The parties plan to contact Magistrate Judge Laurel Beeler to reschedule the settlement conference once a new pretrial and trial schedule has been set by the Court.

**3.  Scheduling**

Following the Court's disposition of defendant USA's motion for summary judgment, the parties will meet and confer and proposed a pretrial and trial schedule to include final discovery, pretrial, and ADR deadlines, as directed by the Court.

DATED: December 16, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

 */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant


COTCHETT, PITRE & MCCARTHY, LLP

*/s/ Allison Cordova*
ALLISON CORDOVA
Attorneys for Plaintiffs

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
16-CV-02859 JCS

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Allison Cordova has concurred in the filing of this document.

Dated: December 16, 2019

DAVID L. ANDERSON
United States Attorney

*/s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
16-CV-02859 JCS