1  FRANK M. PITRE (SBN 100077)
   fpitre@cpmlegal.com
2  ALISON E. CORDOVA (SBN 284942)
3  acordova@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
6  Telephone:   (650) 697-6000
   Facsimile:   (650) 697-0577
7
   *Attorneys for Plaintiffs*
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEINLE, individually and as heir to **KATHRYN STEINLE**, deceased; **ELIZABETH SULLIVAN**, individually, and as heir to **KATHRYN STEINLE**, deceased; and **JAMES STEINLE** and **ELIZABETH SULLIVAN**, as co-representatives of the Estate of **KATHRYN STEINLE**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA**, a governmental entity,<br><br>Defendant. | CASE NO. 3:16-cv-02859-JCS<br><br>**PLAINTIFFS' SUPPLEMENTAL FILING PURSUANT TO FRCP RULE 56(e) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, A REQUEST FOR RELIEF UNDER FRCP RULE 56(d)**<br><br>MSJ Hearing Date:   December 20, 2019<br>Time:               9:30 AM<br>Judge:              Hon. Joseph C. Spero<br>Dept.:              Room G, 15th Floor |

Plaintiffs make this supplemental filing pursuant to Federal Rules of Civil Procedure, Rule 56(e), which provides that on a motion for summary judgment, "[i]f a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may: (1) give an opportunity to properly support or address the fact; (2) consider the fact undisputed for purposes of the motion; (3) grant summary judgment if the motion and supporting materials — including the facts considered undisputed — show that the movant is entitled to it; or (4) issue any other appropriate order."

At the summary judgment hearing on December 20, 2019, Your Honor inquired as to whether the bullet that shot Kate Steinle was a government issued bullet, i.e. a bullet that Agent Woychowski left loaded in his Sig Sauer P239 firearm when it was stolen on June 27, 2015. Plaintiffs represented to the Court that it was, and Defendants claimed they were unaware one way or the other.

Plaintiffs respectfully request this Court grant relief under Rule 56(e)(1) and consider the evidence submitted at this time to support the claimed fact at oral argument that the bullet shot was the same bullet Agent Woychowski had left in his loaded firearm four days earlier when it was stolen.

Attached to the Declaration of Cordova as Exhibit 1 is the San Francisco Police Department Chronological of Investigation dated July 7, 2015, and page two reflects that at 7:50 p.m. on July 7, 2015, Agent Woychowski contacted Sgt. Vanderbilt of SFPD and reported to Officer Vanderbilt that "the ammunition in his firearm was department issued Winchester Ranger 165 Grain .40 cal.".

Exhibit 2 is the San Francisco Police Department Forensic Services Division – Criminalistics Laboratory Report of Laboratory Examination – Firearms Examination dated July 10, 2015, which reflects that "[o]ne 40 S&W caliber Winchester cartridge [was] removed from chamber" and "[o]ne Sig Sauer Magazine containing: Six 40 S&W caliber Winchester cartridges" were found with the discarded firearm after the shooting of Kate. And "[o]ne fired

copper jacketed bullet" that "was determined to be of 40 caliber", "was fired from the Exhibit 11-1 Sig Sauer pistol."

Lastly, Exhibit 3 is the San Francisco Police Department Criminalistics Laboratory-Firearm Worksheet dated July 9, 2015, which reflects on page 3 that the stolen Sig Sauer P239 had a capacity for eight bullets in total, and page 3 also notes that seven .40 caliber Winchester bullets were found with the discarded Sig Sauer P239 after the shooting of Kate – one in the chamber and six in the magazine.

Most importantly, Page 6 of Exhibit 3 concludes that the "fired bullet" was 40 caliber, Cu (or copper), 165 grain, and probably manufactured by Winchester.

This is the most definitive evidence that Plaintiffs can present at this time while criminal charges are still pending against Mr. Lopez-Sanchez and the firearm and ammunition are still part of the government's investigative file. However, there is a criminal pre-trial motion hearing scheduled for January 8, 2020 at 10 a.m. in Courtroom 4, 17th Floor of the Northern District of California. And if this Court finds the evidence submitted insufficient, then Plaintiffs would request that this Court defer ruling on the U.S.A.'s Motion for Summary Judgment until after the federal criminal trial has resolved and Plaintiffs can have an expert inspect and perform testing on the firearm and ammunition.

Dated: January 3, 2020

Respectfully submitted,

*/s/ Alison E. Cordova*
Alison E. Cordova
*Attorneys for Plaintiffs*

PLAINTIFFS' SUPPLEMENTAL FILING PURSUANT TO FRCP RULE 56(e) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, A REQUEST FOR RELIEF UNDER FRCP RULE 56(d); CASE NO: 3:16-CV-02859-JCS

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo; I am over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

Pursuant to L. R. Rule 135(c), I certify that the foregoing document is being served upon all counsel of record for Defendant United States of America. at their e-mail addresses on record with CM/ECF.

**PLAINTIFFS' SUPPLEMENTAL FILING PURSUANT TO FRCP RULE 56(e) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, A REQUEST FOR RELIEF UNDER FRCP RULE 56(d)**

| | |
|---|---|
| Margaret W. Baumgartner<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, California 94102<br>Tele: (415) 554-3859<br>Fax: (415) 554-3837<br>E-Mail: margaret.baumgartner@sfgov.org | *COUNSEL FOR DEFENDANTS:*<br>*CITY AND COUNTY OF SAN FRANCISCO*<br>*& ROSS MIRKARIMI* |
| Brian J. Stretch<br>*US Attorney*<br><br>Sara Winslow<br>*Chief, Civil Division*<br><br>Robin M. Wall<br>*Assistant US Attorney*<br><br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495<br>Tel: (415) 436-7071<br>Fax: (415) 436-6748<br>Email: Robin.Wall@usdoj.gov | *COUNSEL FOR DEFENDANT:*<br>*UNITED STATES OF AMERICA* |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on January 3, 2020.

/s/ Alejandra Prado