1  **FRANK M. PITRE** (SBN 100077)
   fpitre@cpmlegal.com
2  **ALISON CORDOVA** (SBN 284942)
   acordova@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
7  *Attorneys for Plaintiffs*
8
           **IN THE UNITED STATES DISTRICT COURT**
9
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11  **JAMES STEINLE**, individually and as heir to        Case No.:  16-cv-02859 JCS
    **KATHRYN STEINLE**, deceased;
12  **ELIZABETH SULLIVAN**, individually, and as
    heir to **KATHRYN STEINLE**, deceased; and
13  **JAMES STEINLE** and **ELIZABETH
    SULLIVAN**, as co-representatives of the Estate        **DECLARATION OF ALISON E.
14  of **KATHRYN STEINLE**,                                **CORDOVA IN SUPPORT OF
                                                           SUPPLEMENTAL FILING PURSUANT
15                      Plaintiffs,                         TO FRCP RULE 56(e) IN SUPPORT OF
                                                           PLAINTIFFS' OPPOSITION TO
16                 v.                                       DEFENDANT UNITED STATES OF
                                                           AMERICA'S MOTION FOR
17  **THE UNITED STATES OF AMERICA**, a                     SUMMARY JUDGMENT, OR IN THE
    governmental entity; **CITY AND COUNTY OF**             ALTERNATIVE, A REQUEST FOR
18  **SAN FRANCISCO**, a governmental entity;               RELIEF UNDER FRCP RULE 56(d)**
    **ROSS MIRKARIMI**, an individual; and **JUAN
19  FRANCISCO LOPEZ-SANCHEZ**, an                           MSJ Hearing Date:    December 20, 2019
    individual.                                            Time:                9:30 AM
20                                                          Judge:               Hon. Joseph C. Spero
                       Defendants.                          Dept.:               Room G, 15th Floor
21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

DECLARATION OF ALISON E. CORDOVA IN SUPPORT OF SUPPLEMENTAL FILING PURSUANT
TO FRCP RULE 56(e) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED
STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, A
REQUEST FOR RELIEF UNDER FRCP RULE 56(d); CASE NO.: 16-cv-02859 JCS

I, ALISON E. CORDOVA, declare as follows:

1.      I am an attorney duly licensed to practice law before this Court.  I am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP, attorneys of record for Plaintiffs James Steinle, Elizabeth Sullivan, and James Steinle and Elizabeth Sullivan, as co-representatives of the Estate of Kathryn Steinle.  If called as a witness, I could and would competently testify to all facts herein.

2.      Attached hereto as **EXHIBIT 1** is a true and correct copy of the San Francisco Police Department Chronological of Investigation dated July 7, 2015 and bates labeled 000314-000315, which was produced pursuant to subpoena in this case.  On page two, the Chronological reflects that at 7:50 p.m. on July 7, 2015, Agent Woychowski contacted Sgt. Vanderbilt of SFPD and reported to Officer Vanderbilt that "the ammunition in his firearm was department issued Winchester Ranger 165 Grain .40 cal.".

3.      Attached hereto as **EXHIBIT 2** is a true and correct copy of the San Francisco Police Department Forensic Services Division – Criminalistics Laboratory Report of Laboratory Examination – Firearms Examination dated July 10, 2015 and bates labeled 000387, which was produced pursuant to subpoena in this case. The Laboratory Report reflects that "[o]ne 40 S&W caliber Winchester cartridge [was] removed from chamber" and "[o]ne Sig Sauer Magazine containing: Six 40 S&W caliber Winchester cartridges" were found with the discarded firearm after the shooting of Kate. And "[o]ne fired copper jacketed bullet" that "was determined to be of 40 caliber", "was fired from the Exhibit 11-1 Sig Sauer pistol."

4.      Attached hereto as **EXHIBIT 3** is a true and correct copy of the San Francisco Police Department Criminalistics Laboratory-Firearm Worksheet dated July 9, 2015 and bates labeled 000388-000398, which was produced pursuant to subpoena in this case. The Worksheet reflects on page 3 that the stolen Sig Sauer P239 had a capacity for 8 bullets in total, and page 3 also notes that 7 bullets were found with the discarded Sig Sauer P239 after the shooting of Kate – 1 in the chamber and 6 in the magazine. Page 6 of the Worksheet concludes that the "fired bullet" was 40 caliber, Cu (or copper), 165 grain, and probably manufactured by Winchester.

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

1    I declare under penalty of perjury under the laws of the state of California that the

2  foregoing is true and correct.  Executed this 3rd day of January 2020, in Burlingame, California.

3
                                Respectfully submitted,
4

5
                                    /s/ Alison E. Cordova
6                                   Alison E. Cordova
                                    *Attorneys for Plaintiffs*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

# EXHIBIT 1

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL OF INVESTIGATION

Page 1 of 2

| TYPE OF CASE | | CASE NO. | VICTIM |
|---|---|---|---|
| Auto Burglary | | 150561427 | Woychowski, John |
| DATE | | DETAIL | INSPECTOR ASSIGNED |
| Tuesday, July 07, 2015 | | Central Station – Plain Clothes | Sgt. Vanderbilt |

| DATE | TIME | ACTIVITY |
|---|---|---|
| 7/7/15 | 1700 | Assigned case. Called RV and left message to call. Also sent email requesting contact. |
| | | Officers Carmichael Reyes and Derek Christensen reported back to me that they were unable to locate any cameras. They determined that the precise location of the incident was directly across from Pier 5 just north of the Pier 5 entrance but on the southbound side of the Embarcadero. The parking spot is alongside the chain link fence for the back side of the Bay Club. They checked with the Bay Club tennis courts manager and confirmed that they have no cameras. |
| | 1830 | Spoke with RV regarding the report. He is currently in Montana. RV confirmed that the location depicted in the photos taken by Officer Olcomendy is correct and that it was directly across from Pier 5. RV stated that two bags were taken: A duffle bag (black with orange; Ogio brand), containing three sets of tan over tan BLM uniforms and personal clothing, was taken from the back trunk/hatchback area and a black backpack containing his firearm and other items was taken from under the driver seat. The backpack with the firearm also contained a single magazine, his agency issued credit cards and credentials and personal items. The personal clothing in the duffle bag included shorts, jeans and a variety of shirts and t-shirts. |
| | | RV stated that the firearm was his agency issued back up weapon. |
| | | RV stated that he was notified at approximately 0200 hours by Officer Olcomendy that his backpack that had contained the firearm had been located at the scene of another auto burglary. He went to Central Station and received the bag from a different officer. The firearm was still missing but all other items including the credentials, credit cards and handgun magazine were in the bag. He also noted that these items did not appear to have been disturbed and were as he had originally left them in the bag. |
| | | RV said that he thought it was very unusual that only his two bags were taken from the car. All of the bags containing his daughter and wife's property were left behind. Several electronics items including an IPod and Nintendo DS were out on the seat. RV thinks that the suspect may have removed them from under the seat or a seat pocket and left them there. |
| | | RV also mentioned that three baseball hats, a bottle of melatonin pills and several 'vitapaks' had been removed from his backpack and left on the ground near his car. RV said he still had the items. |
| | | I asked RV to set aside the pill bottle, vitamin packs and electronic devices that the suspect may have touched in order to preserve them for prints and DNA. |
| | 1940 | Found the incident report documenting the recovery of RV's backpack: |

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION     Page 2 of 2

| DATE | TIME | ACTIVITY |
|------|------|----------|
|      |      | 150561499. Occurred in a parking lot across from Pier 3. |
|      | 1950 | RV called me back and informed me that the ammunition in his firearm was department issued Winchester Ranger 165 Grain .40 cal. |
|      |      | |
|      |      | |
|      |      | |

000315

SFPD 298 (10/76) *

# EXHIBIT 2



San Francisco Police Department
Forensic Services Division - Criminalistics Laboratory
Tel: 415.671.3200 / Fax: 415.671.3290
**Report of Laboratory Examination**
**Firearms Examination**

| | |
|---|---|
| Incident Number | 150-574-038 |
| Laboratory Number | 15-0433 |
| Incident Date | July 1, 2015 |
| Requested By | Sergeant A. Ravano #929 |
| Detail / Agency | Homicide / SFPD |
| Complainant / Victim | Steinle, Kathryn |
| Suspect | Sanchez-Lopez, Francisco |
| Report Date | July 10, 2015 |

The following evidence was received in the Criminalistics Laboratory on July 2 and July 10, 2015.

**DESCRIPTION OF EVIDENCE**

Bag 11     Ex 11-1     One 40 S&W caliber Sig Sauer Model P239 semiautomatic pistol, serial number SA4 144 075 (received in San Francisco Bay water)
One 40 S&W caliber Winchester cartridge removed from chamber
One Sig Sauer magazine containing:
      Six 40 S&W caliber Winchester cartridges

Bag 12     Ex 12-1     One fired copper jacketed bullet

**PURPOSE OF EXAMINATION**
Standard firearms examination performed in accordance with the standard operating procedures of the Firearm and Toolmark Unit

**RESULTS AND CONCLUSIONS**

Bag 11     Ex 11-1     After removing the pistol from the water and a thorough cleaning and oiling was performed, the pistol was examined and found to be functional using the submitted magazine. Tests were fired and compared to the NIBIN Database with negative results. The cartridges were not examined further.

Bag 12     Ex 12-1     The bullet was fired from the Exhibit 11-1 Sig Sauer pistol.

The bullet was determined to be of 40 caliber displaying rifling characteristics of 6 lands and grooves, right twist.

**DISPOSITION OF EVIDENCE**
The items, including test shots, will be returned to the Property Control Division.

Reported By:

G. Andrew Smith, Criminalist III

**000387**

EXHIBIT 3

San Francisco Police Department
Forensic Services Division - Criminalistics Laboratory
Case Notes

CRIMINALISTICS NUMBER:

CN 1 5 - 04 3 3

150-574-038                    000388

START DATE: 7/2/15

END DATE: 7/9/15

The following occurred on July 2, 2015

- On 7/2/15 Off. Glen Juco #4121 of the CSI Unit brought out a Pelican case filled with water said to contain a firearm that was retrieved from the Bay.
- I determined that this would not be sufficient an amount of water to retain the firearm in, so I provided him a wash bucket and he retrieved more Bay water and brought it back out to the Crime Lab
- I then proceeded to open the Pelican case to transfer the firearm to the larger bucket of water to retain the firearm at the Crime Lab
- Upon opening the case, water was released; however the firearm was still covered with water within the case.
- I put on gloves to handle the firearm to retrieve any information possible to provide that to Off. Juco
- I noticed the hammer was cocked, I determined the firearm had a de-cocking lever, so I activated the de-cock to lower the hammer to render the firearm in a more safe condition as I did not know if there was a cartridge in the chamber or not
- With the assistance of Criminalist Pytlik, we were able to obtain the following information from the firearm:
  - Make - Sig Sauer
  - Model - P239
  - Caliber – 40 S&W
  - Serial Number – SA4 144 075
- This information was provided to Off. Juco
- Off. Juco took a few photographs of the firearm in the water
- I then transferred the firearm into the larger bucket of Bay water and gave Off. Juco back the Pelican case he brought the firearm out in
- The firearm was stored in the ammo room, behind a locked and coded door, in the firearms section of the crime lab

The following occurred on July 6, 2015

- It was determined that DNA swabs would be taken of the firearm at some point; therefore I determined it was appropriate to render the firearm safe
- With gloves on, I released the magazine, pulled the slide back and 1 cartridge was ejected from the chamber during this process
- The magazine was stamped as being a capacity of 7 and 6 cartridges were visible in the magazine. I did not remove any cartridges from the magazine
- Magazine with cartridges and 1 ejected cartridge were retained in the water with the firearm
- I, with the assistance of PCD, obtained a Bag # for this item which was then transferred to me by PCD. The Bag # for this item is 11

REV.0

Examined By _____                    Pg __1__ of _11_                    150-574-038 )15-0433)        7/9/15

**San Francisco Police Department**
**Forensic Services Division - Criminalistics Laboratory**
**Case Notes**

The following occurred on July 9, 2015
- To ready the pistol for test firing I first removed the magazine from the bucket of Bay water, removed the cartridges from the magazine. I washed the magazine off with fresh water then applied multiple coats of gun oil on the magazine
  - Photos taken of magazine after washing with fresh water and before coating with oil
- Next, I removed the pistol from the bucket of Bay water. I washed the entire pistol with fresh water to remove dirt and grime and to try and remove as much of the salt as I could. I then applied multiple coats of gun oil over all parts of the pistol along with bore cleaner foam in the barrel of the firearm. I repeated this process
  - Photos taken of pistol after washing with fresh water and before coating with oil
- Finally, I was able to test fire the firearm, using the submitted magazine
  - Firearm was tested 9 times in the water tank
  - The firearm performed as expected in both double action and single action.
  - Extraction and ejection was normal and no malfunctions were noted during the testing


See FA worksheet for further information regarding the examination of the pistol


**000389**


REV.0
Examined By _____     Pg __2__ of __11__          150-574-038 )15-0433)          7/9/15

**San Francisco Police Department**
**Criminalistics Laboratory-Firearm Worksheet**

| | | | | | |
|---|---|---|---|---|---|
| Incident Number | 150-574-038 | Laboratory Number | 15-0433 | Criminalist | G. Andrew Smith |
| Incident Date | July 1, 2015 | Start Date | July 8, 2015 | End Date | July 10, 2015 |
| Bag # / Ex # | Bg 11 / Ex 11-1 | | | | |

Description of package: Intially brought out in water from Bay....I created a Firearm Envelope for PCD in which the FA will be placed after test firing and after analysis is complete

| | | | |
|---|---|---|---|
| Caliber | 40 S&W | Examiner Mrk/Location | ** see below |
| Make | Sig Sauer | Type | PI |
| Model | P239 | Mechanics | DA |
| Serial # / Location(s) | SA4 144 075 / right frame | Fire Control | Hammer |
| Importer / Origin | Sig-Exeter, NH / Germany (frame) | Safeties / Position | FP Lock / De-Cock lever / Rebound hammer |
| Bbl Length | ~ 3 5/8" | Magazine / Capacity | 7 +1 |

**Description of Cartridges Submitted**

As received - 1 in chamber and 6 in magazine.
7 - 40 S&W caliber - Winchester (HS=WIN) - CuJHP (SXT?) - Ni case, Br primer

\* see below for cartridge removal & marking    ctgs were NFE

| | | | |
|---|---|---|---|
| Test Ammunition: Laboratory | | Description: | 3 - WIN JHP SXT / 2 - WIN FMJ / 2 - PMC FMJ / 2 - R-P FMJ |
| Operating Condition: | operated normally - ext and ejt properly in both SA and DA | | |
| Trigger Pull: | SA (#) | 4.8 to 5.5 | DA (#) | 9.0 to 9.8 |
| GRC / Class | 6 R - conv | LIMP | ~ .067 | GIMP | ~.136 |
| | | BFM | Para | FPI | Hemi |
| NIBIN | CC # | TF7 | Correlation Results | NEG |
| OCF | Compared | N/A | Results | N/A |

| Remarks: | Include magazine use, serial number restoration, full auto conversions etc... |
|---|---|

See previous notes page as to how FA was submitted and preparing the FA for testing

Finish of FA is black with plastic grips
Mag used to TF FA

\* Cartridges were not marked specifically, but were scribed as they were removed from the magazine. The ctg from the chamber was scribed with a C and the remaining ctgs were scribed with a # 1 through 6 in the order they were removed from the magazine. Cartridges were cleaned and oiled to prevent rusting and placed in a ME for return with the FA once analysis complete.

\*\* Did not mark pistol or magazine due to LEO firearm as well as oiled condition I placed the items in to prevent rusting after being removed from the Bay water. The surfaces are not conducive for sharpie marking. Serial number will be used for identification of pistol.

Used FAWS2
Used TP Gauge 1

000390

pg __3__ of __11__



San Francisco Police Department
Forensic Services Division - Criminalistics Laboratory
Case Notes

CRIMINALISTICS NUMBER:

CN 1 5 - 04 3 3

| START DATE:  7/9/15 |
| END DATE: 7/9/15 |

150-574-038



Bag 11 – Ex 11-1 magazine – Sig Sauer P239 with 7 round capacity



Bag 11 – Ex 11-1 pistol – Sig Sauer Model P239 40 S&W caliber semiautomatic pistol

000391

REV.0

Examined By _____

Pg 4 of 11

150-574-038 (15-0433)  7/9/15

San Francisco Police Department
Forensic Services Division - Criminalistics Laboratory
Case Notes



Bag 11 – Ex 11-1 – close up of Make/Model



Bag 11 – Ex 11-1 – close up of caliber, S#, Manuf. Info
Serial # SA4 144 075

000392

REV.0

Examined By _____          Pg __5__ of __11__          150-574-038 (15-0433)  7/9/15

**San Francisco Police Department**
**Criminalistics Laboratory-Fired Bullet Worksheet**

**000393**

| Incident # | 150-574-038 | Incident Date | July 1, 2015 | Criminalist | G. Andrew Smith |
|---|---|---|---|---|---|
| Laboratory Number | 15-0433 | Start Date | July 10, 2015 | End Date | July 10, 2015 |
| Suspect | Sanchez-Lopez, Francisco | | | Charge(s) | 187 |
| Victim | Steinle, Kathryn | | | Bag # | 12 |
| Description of package | 1 SME ctn: 1 SME ctn: 1 bullet | | | | |

| Ex #-CSI # | 12-1 | | | | | |
|---|---|---|---|---|---|---|
| Source | L Abdomen Wall | | | | | |
| Trace evidence | app blood/tissue | | | | | |
| Sketch or Image  *Note sketch/images are NTS | fired bullet | Ex 12-1 side showing damage | Ex 12-1 "ricochet" damage | | | |
| Caliber | 40 (ID to FA) | | | | | |
| #L/G : DOT | 6 R | | | | | |
| Type / Composition | Cu JHP | | | | | |
| Cannelure type / # | N/A | KN  KC  NA | KN  KC  NA | KN  KC  NA | KN  KC  NA | KN  KC  NA |
| Wt = grains | 165.0 | | | | | |
| Diameter = inches | .405 - .445 | | | | | |
| LIMP/GIMP remaining | 5 part1 / 4 part 2 | | | | | |
| LIMP = inches (range) | .066 - .068 | | | | | |
| GIMP = inches (range) | .135 - .137 | | | | | |
| Manufacturer | prob WIN | | | | | |
| Suitability | good | | | | | |
| Examiner mark | "15-433 12-1 AS" | | | | | |
| Examiner mark location | nose | | | | | |
| Compared to item(s) | T8 of 11-1 | | | | | |
| Conclusions | +ID | +  -  INC  NS | +  -  INC  NS | +  -  INC  NS | +  -  INC  NS | +  -  INC  NS |
| Based on | Base of LIMPs - fine and gross detail - suff agree for ID | LIMP  GIMP | LIMP  GIMP | LIMP  GIMP | LIMP  GIMP | LIMP  GIMP |
| Verified / Date | verified ant 7/10/15 | | | | | |
| NIBIN | R # | | Corr | | NS | |
| OCF Comparison: | N/A | | OCF Entry: | N/A (ID to FA) | | |

Remarks  (Note any relevent examination results; NIBIN hits, # of images of ID's, NFE etc...)
Number after the - generated by A.S.
Bullet soaked in bleach solution for 10 minutes
–Prob WIN manufacture due to "talon" exposed at the nose.  Only one "talon" expanded, otherwise no nose expansion
–Bullet is damaged on 1 side consistent with ricochet. Heavy gouging, damage area is angled from nose to base, app blood and black
coloration within the damaged area

## San Francisco Police Department Criminalistics Laboratory
### Firearms ID Photo Documentation (Scope #5)

150574038 15-0433 Ex 12-1 to T8of11-1 LI1 22X



150574038 15-0433 Ex 12-1 to T8of11-1 LI2 22X



150574038 15-0433 Ex 12-1 to T8of11-1 LI3 22X



000394

7/10/15

70/11

Home    Products    SIG Store    Videos    SIG SAUER Academy    Promotions    Customer Service    Dealer Locator    Media    Dealer Login

## SIG SAUER

- ABOUT US
- PRODUCTS
- CUSTOM SHOP
- CUSTOMER SERVICE
- SIG STORE
- SIG SAUER ACADEMY
- LAW ENFORCEMENT
- US DEFENSE
- COMMEMORATIVE ENGRAVING
- GLOBAL DEFENSE
- DEALERS
- CAREERS
- WARRANTY
- PROMOTIONS
- DOWNLOADS
- PRODUCT ALERTS

## Products



**000395**

P239

Description   Specification   360 Viewer   Download PDF   Find Dealer

| | |
|---|---|
| Item Number | Contrast 239-9-B (9mm) 239-40-B (.40S&W) Night Sights 239-9-BSS (9mm) 239-357-BSS (.357SIG) 239-40-BSS (.40S&W) |
| Caliber | 9mm or .40S&W, .357SIG |
| Action Type | DA/SA |
| Trigger Pull DA | 10.0 lbs |
| Trigger Pull SA | 4.4 lbs |
| Overall Length | 6.6 in |
| Overall Height | 5.1 in |
| Overall Width | 1.2 in |
| Barrel Length | 3.6 in |
| Sight Radius | 5.2 in |
| Weight w/Mag | 29.5 oz |
| Mag Capacity | 8 Rounds (9mm) 7 Rounds (.40S&W, .357SIG) |
| Sights | Contrast, SIGLITE® Night Sights available |
| Grips | Hogue Rubber Grips |
| Frame Finish | Black Hard Anodized |
| Slide Finish | Nitron® |
| Accessory Rail | No |
| Features | DA/SA Trigger |
| MSRP | $993 (Contrast) $1,108.00 (Night Sights) |
| CA Compliant | Yes |
| MA Compliant | Yes |

Specifications are subject to change.

150-574-038
15-D433
80911

# P239





**P239® NITRON®**



**P239® TWO-TONE**

## THE CLASSIC P239

The P239 takes the design excellence of the P229 and scales it down to create an ideal conceal carry or back-up pistol. Shorter dimensions and a single-stack magazine contribute to a thinner, more discrete profile, without sacrificing caliber choice. Available in 9mm, .357SIG, and .40 S&W it's a SIG Classic without compromise.

**000396**

*Printed from Sig Sauer website*

## SPECIFICATIONS

**P239**

| | |
|---|---|
| trigger: | DA/SA 10/4.4 lb or SRT or DAK |
| sights: | Contrast or SIGLITE® night sights |
| slide finish: | Nitron® or stainless |
| frame finish: | Black hard anodize |
| calibers: | 9mm, .357SIG, .40 S&W |
| grips: | polymer |
| length: | 6.6" |
| height: | 5.1" |
| width: | 1.2" |
| barrel lenght: | 3.6" |
| sight radius: | 5.2" |
| magazine capacity | 8 rounds (9mm) 7 (.357SIG) 7 (.40 S&W) |
| weight w/mag | 29.5 oz |

* Specifications subject to change without notice.

150-574-038
15-0433
9of 11
7/10/15

## SHARED FEATURES

- Nitron-coated or natural stainless steel slide
- Black hard coat anodize aluminum frame
- SIGLITE night sights
- Slim profile
- 4-point safety system with decocking lever, patented automatic firing pin safety block, safety intercept notch, and trigger bar disconnector.



**Case Information**



FORENSIC
TECHNOLOGY

## Case Details

| | | | |
|---|---|---|---|
| **Case Number:** | SF150-574-038 | **Occurence:** | 7/1/2015 |
| **Site Name:** | CA-SNFRBR1 | **Creation:** | 7/10/2015 8:58:04 AM |
| **Case Ref. Number:** | 15-0433 | **Created By:** | Gerald A. Smith |
| **High Profile:** | | **Modification:** | 7/10/2015 8:58:04 AM |
| **Event Type:** | Homicide | **Modified By:** | Gerald A. Smith |
| **Supervisor:** | Gerald A. Smith | | |
| **Law Agency:** | CA-SAN FRANCISCO PD | | |

**Comments:**

| TF7-11-C | 40 Smith & Wesson | Pmc/eldorado cartridge corp. | Test Fire | 7/10/2015 8:59:40 AM | Done |
|---|---|---|---|---|---|
| Ex 11-1 | .40 Cal | Sig Sauer | N/A | 7/10/2015 8:59:17 AM | Done |

000397

 

**Firearm Information**

## Case Details

| | |
|---|---|
| **Case Number:** | SF150-574-038 |
| **Site Name:** | CA-SNFRBR1 |
| **Case Ref. Number:** | 15-0433 |
| **High Profile:** | |
| **Event Type:** | Homicide |
| **Supervisor:** | Gerald A. Smith |
| **Law Agency:** | CA-SAN FRANCISCO PD |

| | |
|---|---|
| **Occurence:** | 7/1/2015 |
| **Creation:** | 7/10/2015 8:58:04 AM |
| **Created By:** | Gerald A. Smith |
| **Modification:** | 7/10/2015 8:58:04 AM |
| **Modified By:** | Gerald A. Smith |

**Comments:**

## Firearm Details

| | |
|---|---|
| **Exhibit Number:** | Ex 11-1 |
| **Caliber:** | .40 Cal |
| **Make:** | Sig Sauer |
| **Model:** | P239 |
| **Type:** | Pistol |
| **Serial Number:** | SA4 144 075 |
| **Country Of Origin:** | Germany |

| | |
|---|---|
| **Creation:** | 7/10/2015 8:59:17 AM |
| **Created By:** | Gerald A. Smith |
| **Modification:** | 7/10/2015 8:59:17 AM |
| **Modified By:** | Gerald A. Smith |
| **Importer Name:** | Sig Sauer |
| **Importer State:** | New Hampshire |
| **Registration Date:** | |
| **Crime:** | |

### Physical Characteristics

| | |
|---|---|
| **Barrel Length:** | 0.00 |
| **Ammo Capacity:** | 0 |
| **Finish:** | |

### Recovery

**Date:**
**City:**
**State:**

### Possessor Name

**Last:**
**First:**
**Middle:**

**Comments:**

### Officer Name

**Last:**
**First:**

**000398**

7/10/2015

Gerald A. Smith

*For official use only*
*Sensitive but unclassified*

1 pages
MY 7/14/15      Page 1 of 1

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo; I am over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

Pursuant to L. R. Rule 135(c), I certify that the foregoing document is being served upon all counsel of record for Defendant United States of America. at their e-mail addresses on record with CM/ECF.

**DECLARATION OF ALISON E. CORDOVA IN SUPPORT OF SUPPLEMENTAL FILING PURSUANT TO FRCP RULE 56(e) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, A REQUEST FOR RELIEF UNDER FRCP RULE 56(d)**

Margaret W. Baumgartner
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102
Tele: (415) 554-3859
Fax: (415) 554-3837
E-Mail: margaret.baumgartner@sfgov.org

*COUNSEL FOR DEFENDANTS:*
*CITY AND COUNTY OF SAN FRANCISCO*
*& ROSS MIRKARIMI*

Brian J. Stretch
*US Attorney*

*COUNSEL FOR DEFENDANT:*
*UNITED STATES OF AMERICA*

Sara Winslow
*Chief, Civil Division*

Robin M. Wall
*Assistant US Attorney*

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7071
Fax: (415) 436-6748
Email: Robin.Wall@usdoj.gov

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on January 3, 2020.

*/s/ Alejandra Prado*

DECLARATION OF ALISON E. CORDOVA IN SUPPORT OF SUPPLEMENTAL FILING PURSUANT TO FRCP RULE 56(e) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, A REQUEST FOR RELIEF UNDER FRCP RULE 56(d);
CASE NO.: 16-cv-02859 JCS

3

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP